**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Civil Action No. 1:24-3309 (TRJ)

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

    v.

ROOSEVELT TOBIAS BAILEY,
BORG INVESTMENT BANK &
CAPITAL TRUST, and
ALVIN CHRISTOPHER JONES,

    Defendants, and

BORG GLOBAL HOLDINGS, LLC,

    Relief Defendant.

**JOINT STATUS REPORT ON**
**SETTLEMENT CONFRENCE**

Plaintiff United States Securities and Exchange Commission (the "SEC"), with the consent of Defendant Alvin C. Jones, respectfully submits this Joint Status Report on the outcome of the settlement conference before the Honorable Christopher C. Bly, United States Magistrate Judge, that was held on August 20, 2025 (the "Conference"). At the Conference, the SEC appeared through its

counsel in this matter, James McDonald and Jacqueline Moessner, along with senior supervisory SEC official Nicholas Heinke, Esq., and Mr. Jones, an attorney, appeared on his own behalf.  The Conference lasted most of the day and resulted in counsel for Plaintiff and Mr. Jones reaching an agreement in principle that has two contingencies that the parties are, individually or collectively, working to finalize—the language of a conduct-based injunction and the approval of the Commissioners of the SEC.  The parties are highly appreciative of the efforts of Judge Bly to assist them in reaching such an agreement.

As the Court may be aware, only the Presidentially appointed and Senate-confirmed Commissioners (of which there are presently four including a Chairman) have the authority to settle an SEC-enforcement action.  Once the language of the conduct-based injunction is agreed to, the SEC counsel who attended the Conference will prepare a detailed written memorandum for review and comment by certain Offices and Divisions of the SEC concerning the proposed settlement, and will then present the proposal for consideration by the Commissioners.

Counsel for the SEC and Mr. Jones estimate that they will be able to agree on the language of a conduct-based injunction within the next two weeks.  Once agreement is reached, counsel for the SEC estimates that the above-described

Commission-approval process will, as is typical, take approximately two months to complete.

Accordingly, to allow the parties to accomplish the foregoing and for the SEC counsel in this matter to submit the settlement for consideration by the Commissioners, the parties respectfully request the proceeding be held in abeyance for a period of 90 days, which previous experience of SEC counsel has indicated should be sufficient time to complete these required tasks. After the Commission decides on the settlement, counsel expects to file a motion for entry of judgment or notify the Court that the settlement has not been accepted. Plaintiff will, under any circumstance, notify the Court within 90 days of the status of the matter.

Dated: August 22, 2025                     Respectfully submitted,

By: */s/ James P. McDonald*
James P. McDonald (NY Bar No. 4823910/CO Bar No. 61599)
Jacqueline Moessner (NY Bar No. 4456521)
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone: (303) 844-1000
Email:   mcdonaldja@sec.gov
             moessnerj@sec.gov

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

3

## **CERTIFICATE OF SERVICE**

      I certify that on August 22, 2025, I caused true and correct copies of the foregoing and all attached materials to be filed on the CM/ECF system and to be served on the following by overnight delivery service:

By U.S. Mail to

Alvin Christopher Jones
6822 Belle Shadow Ln.
Tampa, FL 33634-4261

                                      **/s/ James P. McDonald**
                                      James P. McDonald
                                      U.S. Securities and Exchange Commission