IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT TOBIAS BAILEY, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br>1:24-cv-03309-TRJ |

### ORDER

On August 20, 2025, Plaintiff United States Securities and Exchange Commission (the "SEC") and Defendant Alvin C. Jones participated in a mediation with Magistrate Judge Christopher C. Bly and reached an agreement in principle. (Doc. 26). The parties request a 90-day stay of the proceedings to allow sufficient time for the SEC to submit the settlement for consideration by the Commissioners of the SEC. (*Id.* at 2–3). The parties will then file a motion for entry of judgment or notify the Court that the settlement has not been accepted by the Commissioners. Upon review and consideration, this case and all litigation deadlines are **STAYED** until **November 24, 2025**. The parties are **ORDERED** to file a joint status report by **November 24, 2025**, notifying the Court whether they anticipate filing a motion for entry of judgment or if the settlement has not been accepted by the Commissioners. The Clerk is **DIRECTED** to submit this matter to the Court on **November 25, 2025**.

SO ORDERED, this 25th day of August, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge