# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-03309-TRJ
## United States Securities and Exchange Commission v. Bailey et al
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Chambers on 08/20/2025.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:00 P.M.        TAPE NUMBER: Microsoft Teams
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:** Alvin Christopher Jones appearing Pro Se
James McDonald and Jacqueline Moessner representing United States Securities and Exchange Commission

**OTHER(S) PRESENT:** SEC official Nicholas Heinke, Esq.

**PROCEEDING CATEGORY:** Settlement Conference

**MINUTE TEXT:** The parties participated in a settlement conference. The parties reached a resolution. The parties need approximately 90 days or so to finalize the documents and then present the settlement package to the Commission for ultimate approval.

Judge Bly terminated as settlement judge.